# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                          §
                                §
GARY A. WIVIOTT                 §        Case No. 10-52363
                                §
            Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Gregg Szilagyi_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-52363 | TAB | Judge: | Honorable Timothy A. Barnes |
|---|---|---|---|---|
| Case Name: | GARY A. WIVIOTT | | | |

| Trustee Name: | Gregg Szilagyi |
|---|---|
| Date Filed (f) or Converted (c): | 11/23/10 (f) |
| 341(a) Meeting Date: | 01/04/11 |
| Claims Bar Date: | 09/29/11 |

For Period Ending: 10/09/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Townhouse 5916 N. Sauganash Lane Chicago, Illinois 60646 | 386,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Cash | 50.00 | 50.00 | | 0.00 | 50.00 |
| 3 | Chase Checking (. . . 3360) | 200.00 | 200.00 | | 0.00 | 200.00 |
| 4 | Household goods and furnishings Husband's Interest | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 5 | Wearing Apparel | 250.00 | 250.00 | | 0.00 | 250.00 |
| 6 | Camera | 40.00 | 40.00 | | 0.00 | 40.00 |
| 7 | BBQ Grilling Equipment | 500.00 | 500.00 | | 0.00 | 500.00 |
| 8 | 25 Shares in Krispy Kreme ("KKD") | 132.99 | 132.99 | | 0.00 | 132.99 |
| 9 | 100% Shareholder in LTH Forum, Inc. | 0.00 | 0.00 | | 40,000.00 | FA |
| 10 | 1990 Honda Accord | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 11 | (3) computers | 100.00 | 100.00 | | 0.00 | 100.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.20 | Unknown |

TOTALS (Excluding Unknown Values)     $392,272.99     $6,272.99     $40,004.20

Gross Value of Remaining Assets $6,272.99
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): / /

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-52363  
Case Name: GARY A. WIVIOTT  
Taxpayer ID No: XX-XXX0270  
For Period Ending: 10/09/12  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX9318 - MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/11 | 9 | LTH Acquisition , LLC | Purchase of LTH Forum | 1129-000 | 4,000.00 | | 4,000.00 |
| 06/29/11 | 9 | LTH Acquisition, LLC | Purchase of LTH Forum | 1129-000 | 36,000.00 | | 40,000.00 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.29 | | 40,000.29 |
| 08/04/11 | | Transfer to Acct#XXXXXX9347 | Transfer of Funds | 9999-000 | | 3,685.50 | 36,314.79 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,315.10 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,315.40 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,315.71 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 46.26 | 36,269.45 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,269.75 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 44.72 | 36,225.03 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,225.33 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 44.66 | 36,180.67 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.32 | | 36,180.99 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 47.45 | 36,133.54 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,133.83 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 42.95 | 36,090.88 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,091.18 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 44.37 | 36,046.81 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,047.12 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 45.80 | 36,001.32 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,001.62 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 45.74 | 35,955.88 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.28 | | 35,956.16 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 42.73 | 35,913.43 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 35,913.74 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 47.10 | 35,866.64 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.28 | | 35,866.92 |
| 08/30/12 | | Bank of America | | 2600-000 | | 42.63 | 35,824.29 |

Page Subtotals: 40,004.20  4,179.91

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

Case No: 10-52363
Case Name: GARY A. WIVIOTT
Taxpayer ID No: XX-XXX0270
For Period Ending: 10/09/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9318 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer to Acct#XXXXXX5484 | Transfer of Funds | 9999-000 | | 35,824.29 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 40,004.20 | 40,004.20 |  0.00 |
| Less: Bank Transfers/CD's | 0.00 | 39,509.79 | |
| Subtotal | 40,004.20 | 494.41 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 40,004.20 | 494.41 | |

Page Subtotals       0.00       35,824.29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

Case No: 10-52363
Case Name: GARY A. WIVIOTT
Taxpayer ID No: XX-XXX0270
For Period Ending: 10/09/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9347 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/04/11 | | Transfer from Acct#XXXXXX9318 | Transfer of Funds | 9999-000 | 3,685.50 | | 3,685.50 |
| 08/04/11 | 001001 | AMERICAN EXPRESS | PAYMENT FOR CHGO TRIB AUCTION MART AD PER COURT ORDER | 2990-000 | | 3,685.50 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,685.50 | 3,685.50 | 0.00 |
| Less: Bank Transfers/CD's | 3,685.50 | 0.00 | |
| Subtotal | 0.00 | 3,685.50 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 3,685.50 | |

Page Subtotals  3,685.50  3,685.50

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

Case No: 10-52363
Case Name: GARY A. WIVIOTT
Taxpayer ID No: XX-XXX0270
For Period Ending: 10/09/12

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5484 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9318 | Transfer of Funds | 9999-000 | 35,824.29 | | 35,824.29 |
| 09/19/12 | 001002 | IL DEPT OF REVENUE | IL-1041-V | 2820-000 | | 848.00 | 34,976.29 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 35,824.29 | 848.00 | 34,976.29 |
| Less: Bank Transfers/CD's | 35,824.29 | 0.00 | |
| Subtotal | 0.00 | 848.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 848.00 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX9318 | 40,004.20 | 494.41 | 0.00 |
| CHECKING ACCOUNT - XXXXXX9347 | 0.00 | 3,685.50 | 0.00 |
| Checking Acccount - XXXXXX5484 | 0.00 | 848.00 | 34,976.29 |
| | 40,004.20 | 5,027.91 | 34,976.29 |

Total Allocation Receipts: 0.00
Total Net Deposits: 40,004.20
Total Gross Receipts: 40,004.20

(Excludes account transfers)   (Excludes payments to debtors)   Total Funds on Hand

Page Subtotals    35,824.29    848.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-52363  
Debtor Name: WIVIOTT, GARY A.  
Claims Bar Date: 09/29/11  

Date: October 9, 2012

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $4,750.42 | $4,750.42 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | KAMENEAR KADISON SHAPIRO & CRAIG<br>20 NORTH CLARK STREET<br>SUITE 2200<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $12,712.50 | $12,712.50 |
| 100 3120 | KAMENEAR KADISON SHAPIRO & CRAIG<br>20 NORTH CLARK STREET<br>SUITE 2200<br>CHICAGO, IL 60602 | Administrative | | $0.00 | $308.70 | $308.70 |
| 100 3410 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | Administrative | | $0.00 | $1,150.00 | $1,150.00 |
| 1 300 7100 | Andrew Bloom<br>857 Rosewood Circle<br>Incline Village, NV 89451 | Unsecured | | $0.00 | $15,000.00 | $0.00 |
| 2 300 7100 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $1,067.63 | $1,067.63 |
| 3 300 7100 | David Dickson<br>c/o William A. Walker<br>Nisen & Elliott, LLC<br>200 W. Adams St., Ste. 2500<br>Chicago, Illinois 60606 | Unsecured | | $0.00 | $28,091.40 | $28,091.40 |
| 4 300 7100 | Peter Daane<br>C/O Isaiah A. Fishman<br>Krasnow Saunders Cornblath, LLP<br>500 N. Dearborn St., Second Floor<br>Chicago, IL 60654 | Unsecured | | $0.00 | $85,051.56 | $85,051.56 |
| 5 300 7100 | Portfolio Recovery Associates, LLC<br>c/o Orchard Bank<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | | $0.00 | $3,975.03 | $3,975.03 |
| 6 300 7100 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $0.00 | $3,043.90 | $3,043.90 |
| 7 300 7100 | Andrew Bloom<br>857 Rosewood Circle<br>Incline Village, NV 89451 | Unsecured | | $0.00 | $15,000.00 | $15,000.00 |
| 8 300 7100 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $0.00 | $5,108.98 | $5,108.98 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-52363
Debtor Name: WIVIOTT, GARY A.
Claims Bar Date: 09/29/11

Date: October 9, 2012

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9<br>300<br>7100 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $0.00 | $572.27 | $572.27 |
| 10<br>300<br>7100 | CVF Consumer Acquisition Company its successors and assigns as assignee of NCO Group Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $0.00 | $10,014.26 | $10,014.26 |
| 11<br>350<br>7200 | Jan & John Bloom<br>12131 Perthshire Rd<br>Houston, TX 77024 | Unsecured | | $0.00 | $10,000.00 | $10,000.00 |
| | Case Totals | | | $0.00 | $195,846.65 | $180,846.65 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-52363
Case Name: GARY A. WIVIOTT
Trustee Name: Gregg Szilagyi

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Attorney for Trustee Fees: KAMENEAR KADISON SHAPIRO & CRAIG | $ | $ | $ |
| Attorney for Trustee Expenses: KAMENEAR KADISON SHAPIRO & CRAIG | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | PHARIA L.L.C. | $ | $ | $ |
| 3 | David Dickson | $ | $ | $ |
| 4 | Peter Daane | $ | $ | $ |
| 5 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 6 | Midland Credit Management, Inc. | $ | $ | $ |
| 7 | Andrew Bloom | $ | $ | $ |
| 8 | Midland Credit Management, Inc. | $ | $ | $ |
| 9 | Midland Credit Management, Inc. | $ | $ | $ |
| 10 | CVF Consumer Acquisition Company its successors | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

   Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

   Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Jan & John Bloom | $ | $ | $ |

   Total to be paid to tardy general unsecured creditors         $_____

   Remaining Balance                                              $_____



   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

                                    NONE