# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GARY A. WIVIOTT § Case No. 10-52363
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn Street
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/04/2012 in Courtroom 642,

   United States Courthouse
   219 S. DEARBORN ST CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/24/2012     By: Gregg Szilagyi
                  Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| | § | |
| GARY A. WIVIOTT | § | Case No. 10-52363 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,004.20 |
| and approved disbursements of | $ | 5,027.91 |
| leaving a balance on hand of[1] | $ | 34,976.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 4,750.42 | $ 0.00 | $ 4,750.42 |
| Attorney for Trustee Fees: KAMENEAR KADISON SHAPIRO & CRAIG | $ 12,712.50 | $ 0.00 | $ 12,712.50 |
| Attorney for Trustee Expenses: KAMENEAR KADISON SHAPIRO & CRAIG | $ 308.70 | $ 0.00 | $ 308.70 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 1,150.00 | $ 0.00 | $ 1,150.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 18,921.62 |
| Remaining Balance | $ | 16,054.67 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 151,925.03 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | PHARIA L.L.C. | $ 1,067.63 | $ 0.00 | $ 112.82 |
| 3 | David Dickson | $ 28,091.40 | $ 0.00 | $ 2,968.56 |
| 4 | Peter Daane | $ 85,051.56 | $ 0.00 | $ 8,987.82 |
| 5 | Portfolio Recovery Associates, LLC | $ 3,975.03 | $ 0.00 | $ 420.06 |
| 6 | Midland Credit Management, Inc. | $ 3,043.90 | $ 0.00 | $ 321.66 |
| 7 | Andrew Bloom | $ 15,000.00 | $ 0.00 | $ 1,585.12 |
| 8 | Midland Credit Management, Inc. | $ 5,108.98 | $ 0.00 | $ 539.89 |
| 9 | Midland Credit Management, Inc. | $ 572.27 | $ 0.00 | $ 60.47 |
| 10 | CVF Consumer Acquisition Company its successors | $ 10,014.26 | $ 0.00 | $ 1,058.27 |

|  | Total to be paid to timely general unsecured creditors | $ 16,054.67 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 10,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Jan & John Bloom | $ 10,000.00 | $ 0.00 | $ 0.00 |

|  | Total to be paid to tardy general unsecured creditors | $ 0.00 |
|---|---|---|
|  | Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-52363-TAB
Gary A. Wiviott  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: pseamann  Page 1 of 3  Date Rcvd: Oct 25, 2012
    Form ID: pdf006  Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2012.

```
db         +Gary A. Wiviott,    5916 Sauganash Lane,    Chicago, IL 60646-6043
aty        +Thomas Craig, M,    KAMENEAR KADISON SHAPIRO & CRAIG,   20 North Clark Street, Suite 2200,
             Chicago, IL 60602-5113
16593690   +Andrew Bloom,    857 Rosewood Circle,    Incline Village, NV 89451-8538
16601920   +Andy Bloom,    4801 Bonita Bay Blvd,    #1703,   Bonita Springs, FL 34134-5662
16463931    Aspire Card Services,    P.O. Box 105555,    Atlanta, GA 30348-5555
16463932    Barclay's Bank Delaware,    100 S. West Street,    Wilmington, DE 19801-5015
17845343    CVF Consumer Acquisition Company its successors,    and assigns as assignee of NCO Group,  Inc.,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
16463933    Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
16463934   +Cavalry Portfolio Services, LLC,    as servicing agent for Cavalry SP1,
             10 E. 22d Street, Suite 216,    Lombard, IL 60148-6108
16463935   +Circuit Court of Cook County,    50 West Washington,    Chicago, IL 60602-1373
16463936    Citi Mortgage, Inc.,    PO Box 183040,    Columbus, OH 43218-3040
16601919   +David Dickson,    c/o Crossroads RM,    4300 Commerce Court,    Lisle, IL 60532-3698
17514520   +David Dickson,    c/o William A. Walker,    Nisen & Elliott, LLC,    200 W. Adams St., Ste. 2500,
             Chicago, Illinois 60606-5283
16463938   +Ellen J. Wiviott,    5916 Sauganash Lane,    Chicago, IL 60646-6043
16463939   +Household Credit Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
16601918   +Jan & John Bloom,    12131 Perthshire Rd,    Houston, TX 77024-4209
16463940   +Juniper Visa,    P.O. Box 8801,    Wilmington, DE 19899-8801
16463942   +Marc S. Feder, DPM,    4211 N. Cicero, Suite 301,    Chicago, IL 60641-1649
16463944  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    P.O. Box 12914,
             Norfolk, VA 23541)
17568623   +Peter Daane,    C/O Isaiah A. Fishman,    Krasnow Saunders Cornblath, LLP,
             500 N. Dearborn St., Second Floor,    Chicago, IL 60654-3372
16463943   +Peter J. Danne,    c/o LaPorte & Associates, P.C.,    P.O. Box 400,    Flossmoor, IL 60422-0400
16463945   +TCF,    National Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
16463946   +Valentine and Kebartas, Inc.,    P.O. Box 325,    Lawrence, MA 01842-0625
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16463937    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2012 00:51:39     Discover Card,
             P.O. Box 30421,    Salt Lake City, UT 84130-0421
17810461   +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2012 00:45:12     Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17509591   +E-mail/Text: bncmail@w-legal.com Oct 26 2012 00:48:11     PHARIA L.L.C.,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 3
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
17678540*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Orchard Bank,    PO Box 41067,
             Norfolk VA 23541)
16463941   ##+Law Offices of Kevin M. Kelly, P.C.,    10 E. 22nd Street, Suite 216,    Lombard, IL 60148-6108
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pseamann              Page 2 of 3            Date Rcvd: Oct 25, 2012
                              Form ID: pdf006             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2012**                        **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: pseamann            Page 3 of 3              Date Rcvd: Oct 25, 2012
                              Form ID: pdf006           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2012 at the address(es) listed below:
         Gregg  Szilagyi    gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
         Isaiah A Fishman    on behalf of Creditor Peter Daane ifishman@ksc-law.com
         Joel H Shapiro    on behalf of Trustee Gregg Szilagyi jshapiro@kksclaw.com
         John M Brom    on behalf of Debtor Gary Wiviott jbrom@querrey.com,   dkastner@querrey.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                           TOTAL: 5