# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARY A. WIVIOTT | § | Case No. 10-52363 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Gregg Szilagyi _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage, Inc. PO Box 183040 Columbus, OH 43218-3040 | | | | | |
| | TCF National Bank 800 Burr Ridge Parkway Burr Ridge, IL 6052 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| IL DEPT OF REVENUE | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS | | | | | |
| KAMENEAR KADISON SHAPIRO & CRAIG | | | | | |
| KAMENEAR KADISON SHAPIRO & CRAIG | | | | | |
| POPOWCER KATTEN LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Andrew Bloom | | | | | |
| 7 | Andrew Bloom | | | | | |
| | Andy Bloom 4801 Bonita Bay Blvd #1703 Bonita Springs, FL 341 | | | | | |
| | Aspire Card Services P.O. Box 105555 Atlanta, GA 30348-5555 | | | | | |
| | Barclay's Bank Delaware 100 S. West Street Wilmington, DE 19 | | | | | |
| 10 | CVF Consumer Acquisition Company its successors | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Cavalry Portfolio Services, LLC as servicing agent for Caval | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Circuit Court of Cook County 50 West Washington Chicago, IL | | | | | |
| 3 | David Dickson | | | | | |
| | David Dickson c/o Crossroads RM 4300 Commerce Court Lisle, I | | | | | |
| | Discover Card P.O. Box 30421 Salt Lake City, UT 84130-0421 | | | | | |
| | Household Credit Services P.O. Box 17051 Baltimore, MD 21297 | | | | | |
| | Household Credit Services P.O. Box 17051 Baltimore, MD 21297 | | | | | |
| 11 | Jan & John Bloom | | | | | |
| | Jan & John Bloom 12131 Perthshire Rd Houston, TX 77024 | | | | | |
| | Juniper Visa P.O. Box 8801 Wilmington, DE 19899-8802 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Offices of Kevin M. Kelly, P.C. 10 E. 22nd Street, Suite | | | | | |
| | Marc S. Feder, DPM 4211 N. Cicero, Suite 301 Chicago, IL 606 | | | | | |
| 9 | Midland Credit Management, Inc. | | | | | |
| 6 | Midland Credit Management, Inc. | | | | | |
| 8 | Midland Credit Management, Inc. | | | | | |
| 2 | PHARIA L.L.C. | | | | | |
| 4 | Peter Daane | | | | | |
| | Peter J. Danne c/o LaPorte & Associates, P.C. P.O. Box 400 F | | | | | |
| 5 | Portfolio Recovery Associates, LLC | | | | | |
| | Portfolio Recovery Associates, LLC P.O. Box 12914 Norfolk, V | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Valentine and Kebartas, Inc. P.O. Box 325 Lawrence, MA 01842 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-52363 | TAB | Judge: | Honorable Timothy A. Barnes | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|

Case Name:   GARY A. WIVIOTT

Date Filed (f) or Converted (c):   11/23/10 (f)
341(a) Meeting Date:   01/04/11

For Period Ending: 08/07/13

Claims Bar Date:   09/29/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Townhouse 5916 N. Sauganash Lane Chicago, Illinois 60646 | 386,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Cash | 50.00 | 50.00 | | 0.00 | 50.00 |
| 3 | Chase Checking (. . . 3360) | 200.00 | 200.00 | | 0.00 | 200.00 |
| 4 | Household goods and furnishings Husband's Interest | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 5 | Wearing Apparel | 250.00 | 250.00 | | 0.00 | 250.00 |
| 6 | Camera | 40.00 | 40.00 | | 0.00 | 40.00 |
| 7 | BBQ Grilling Equipment | 500.00 | 500.00 | | 0.00 | 500.00 |
| 8 | 25 Shares in Krispy Kreme ("KKD") | 132.99 | 132.99 | | 0.00 | 132.99 |
| 9 | 100% Shareholder in LTH Forum, Inc. | 0.00 | 0.00 | | 40,000.00 | FA |
| 10 | 1990 Honda Accord | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 11 | (3) computers | 100.00 | 100.00 | | 0.00 | 100.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.20 | Unknown |

TOTALS (Excluding Unknown Values)                $392,272.99        $6,272.99                  $40,004.20

Gross Value of Remaining Assets
$6,272.99

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   06/30/12        Current Projected Date of Final Report (TFR):   / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-52363
Case Name: GARY A. WIVIOTT

Taxpayer ID No: XX-XXX0270
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9318 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/11 | 9 | LTH Acquisition , LLC | Purchase of LTH Forum | 1129-000 | 4,000.00 | | 4,000.00 |
| 06/29/11 | 9 | LTH Acquisition, LLC | Purchase of LTH Forum | 1129-000 | 36,000.00 | | 40,000.00 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.29 | | 40,000.29 |
| 08/04/11 | | Transfer to Acct#XXXXXX9347 | Transfer of Funds | 9999-000 | | 3,685.50 | 36,314.79 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,315.10 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,315.40 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,315.71 |
| 10/31/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 46.26 | 36,269.45 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,269.75 |
| 11/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 44.72 | 36,225.03 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,225.33 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 44.66 | 36,180.67 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.32 | | 36,180.99 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 47.45 | 36,133.54 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,133.83 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 42.95 | 36,090.88 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,091.18 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 44.37 | 36,046.81 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,047.12 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 45.80 | 36,001.32 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,001.62 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 45.74 | 35,955.88 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.28 | | 35,956.16 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 42.73 | 35,913.43 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.31 | | 35,913.74 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 47.10 | 35,866.64 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.28 | | 35,866.92 |
| 08/30/12 | | Bank of America | | 2600-000 | | 42.63 | 35,824.29 |

Page Subtotals            40,004.20      4,179.91

**FORM 2**                                                                                      Page: 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

Case No:  10-52363                                        Trustee Name:  Gregg Szilagyi
Case Name:  GARY A. WIVIOTT                                Bank Name:  Bank of America
                                                Account Number/CD#:  XXXXXX9318 - MONEY MARKET ACCOUNT
Taxpayer ID No:  XX-XXX0270                        Blanket Bond (per case limit):  $5,000,000.00
For Period Ending:  08/07/13                        Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer to Acct#XXXXXX5484 | Transfer of Funds | 9999-000 | | 35,824.29 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 40,004.20 | 40,004.20 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 39,509.79 |
| Subtotal | 40,004.20 | 494.41 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 40,004.20 | 494.41 |

Page Subtotals                    0.00              35,824.29

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

Case No: 10-52363
Case Name: GARY A. WIVIOTT

Taxpayer ID No: XX-XXX0270
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9347 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/04/11 | | Transfer from Acct#XXXXXX9318 | Transfer of Funds | 9999-000 | 3,685.50 | | 3,685.50 |
| 08/04/11 | 001001 | AMERICAN EXPRESS | PAYMENT FOR CHGO TRIB AUCTION MART AD PER COURT ORDER | 2990-000 | | 3,685.50 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,685.50 | 3,685.50 | 0.00 |
| Less: Bank Transfers/CD's | 3,685.50 | 0.00 | |
| Subtotal | 0.00 | 3,685.50 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 3,685.50 | |

Page Subtotals 3,685.50 3,685.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   10-52363
Case Name:   GARY A. WIVIOTT

Taxpayer ID No: XX-XXX0270
For Period Ending: 08/07/13

Trustee Name:  Gregg Szilagyi
Bank Name:  Associated Bank
Account Number/CD#: XXXXXX5484 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9318 | Transfer of Funds | 9999-000 | 35,824.29 | | 35,824.29 |
| 09/19/12 | 001002 | IL DEPT OF REVENUE | IL-1041-V | 2820-000 | | 848.00 | 34,976.29 |
| 12/04/12 | 001003 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 4,750.42 | 30,225.87 |
| 12/04/12 | 001004 | KAMENEAR KADISON SHAPIRO & CRAIG<br>20 NORTH CLARK STREET SUITE 2200<br>CHICAGO, IL 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 12,712.50 | 17,513.37 |
| 12/04/12 | 001005 | KAMENEAR KADISON SHAPIRO & CRAIG<br>20 NORTH CLARK STREET SUITE 2200<br>CHICAGO, IL 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3120-000 | | 308.70 | 17,204.67 |
| 12/04/12 | 001006 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 1,150.00 | 16,054.67 |
| 12/04/12 | 001007 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | (Final distribution to Claim 2, representing a Payment of 10.57% per court order.) | 7100-000 | | 112.82 | 15,941.85 |
| 12/04/12 | 001008 | David Dickson<br>c/o William A. Walker<br>Nisen & Elliott, LLC<br>200 W. Adams St., Ste. 2500<br>Chicago, Illinois 60606 | (Final distribution to Claim 3, representing a Payment of 10.57% per court order.) | 7100-000 | | 2,968.56 | 12,973.29 |

Page Subtotals         35,824.29         22,851.00

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  10-52363
Case Name:  GARY A. WIVIOTT

Taxpayer ID No: XX-XXX0270
For Period Ending: 08/07/13

Trustee Name:  Gregg Szilagyi
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX5484 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/12 | 001009 | Peter Daane C/O Isaiah A. Fishman Krasnow Saunders Cornblath, LLP 500 N. Dearborn St., Second Floor Chicago, IL 60654 | (Final distribution to Claim 4, representing a Payment of 10.57% per court order.) | 7100-000 | | 8,987.82 | 3,985.47 |
| 12/04/12 | 001010 | Portfolio Recovery Associates, LLC c/o Orchard Bank PO Box 41067 Norfolk VA 23541 | (Final distribution to Claim 5, representing a Payment of 10.57% per court order.) | 7100-000 | | 420.06 | 3,565.41 |
| 12/04/12 | 001011 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | (Final distribution to Claim 6, representing a Payment of 10.57% per court order.) | 7100-000 | | 321.67 | 3,243.74 |
| 12/04/12 | 001012 | Andrew Bloom 857 Rosewood Circle Incline Village, NV 89451 | (Final distribution to Claim 7, representing a Payment of 10.57% per court order.) | 7100-000 | | 1,585.12 | 1,658.62 |
| 12/04/12 | 001013 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | (Final distribution to Claim 8, representing a Payment of 10.57% per court order.) | 7100-000 | | 539.89 | 1,118.73 |
| 12/04/12 | 001014 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | (Final distribution to Claim 9, representing a Payment of 10.57% per court order.) | 7100-000 | | 60.47 | 1,058.26 |

Page Subtotals                    0.00         11,915.03

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  10-52363
Case Name:  GARY A. WIVIOTT

Taxpayer ID No:  XX-XXX0270
For Period Ending:  08/07/13

Trustee Name:  Gregg Szilagyi
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX5484 - Checking Acccount
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/12 | 001015 | CVF Consumer Acquisition Company its successors and assigns as assignee of NCO Group Inc. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | (Final distribution to Claim 10, representing a Payment of 10.57% per court order.) | 7100-000 | | 1,058.26 | 0.00 |

|  | | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| COLUMN TOTALS | | 35,824.29 | 35,824.29 | 0.00 |
| Less: Bank Transfers/CD's | | 35,824.29 | 0.00 | |
| Subtotal | | 0.00 | 35,824.29 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 0.00 | 35,824.29 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX9318 | 40,004.20 | 494.41 | 0.00 |
| CHECKING ACCOUNT - XXXXXX9347 | 0.00 | 3,685.50 | 0.00 |
| Checking Acccount - XXXXXX5484 | 0.00 | 35,824.29 | 0.00 |
| | 40,004.20 | 40,004.20 | 0.00 |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| Total Allocation Receipts: | 0.00 | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |
| Total Net Deposits: | 40,004.20 | | | |
| Total Gross Receipts: | 40,004.20 | | | |

| | Page Subtotals | 0.00 | 1,058.26 |
|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*